UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 12-10208-03-MLB |
| | ) |
| **ROBERT LOWELL KILLOUGH,** | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## ORDER OF DETENTION PENDING TRIAL

On October 24, 2012, a detention hearing was conducted in accordance with the Bail Reform Act, 18 U.S.C. §3142(f), The Government appeared by and through Blair Watson, Assistant United States Attorney. The defendant appeared in person and through appointed counsel, Derek Casey.

The Government requested a detention hearing because this case involves circumstances described in 18 U.S.C. § 3142(f)(2)(A), namely, a serious risk that the defendant will flee. In addition, defendant is appearing pursuant to a writ from the custody of Bureau of Prisons.

After hearing arguments and statements of counsel, the court **SUSTAINED** the Government's motion for detention. The Court has considered the factors set out in 18 U.S.C. § 3142(g), and the following findings require the detention of the defendant pending trial of this case:

1. No condition or combination of conditions will reasonable assure the appearance of the defendant as required.

2. All reasonable alternatives to detention have been considered.

In addition, the court considered the following factors which were established by a preponderance of the evidence:

a. In the event the defendant is released in the instant case, he would immediately be returned to custody of the Bureau of Prisons in El Reno, Oklahoma which would materially and adversely impede the prosecution of this Indictment.

b. Defendant has a history of substance abuse.

c. Defendant has an extensive criminal history.

d. Defendant has a history of failure to comply with conditions of supervision, including criminal activity while on supervision.

e. The nature of the charged offense is serious and potential penalties are substantial.

The court also considered and adopted the recommendations contained in the Pretrial Services Report which are incorporated by reference herein.

Pursuant to 18 U.S.C. § 3145(b), defendant is hereby notified of his right to a review of the detention order by the District Judge assigned.

IT IS THEREFORE ORDERED that the defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Dated at Wichita, Kansas, this 25th day of October, 2012.

S/ Karen M. Humphreys
_____
KAREN M. HUMPHREYS
United States Magistrate Judge