## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action |
| | ) | |
| v. | ) | No. 12-10208-03-MLB |
| | ) | |
| **ROBERT LOWELL KILLOUGH**, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### MOTION TO DISMISS

The United States, by and through David M. Lind, Assistant United States Attorney for the District of Kansas, hereby moves this court for an order dismissing without prejudice the Indictment filed against the above-named defendant herein on September 12, 2012

Respectfully submitted,

Barry R. Grissom
United States Attorney

s/ David M. Lind
DAVID M. LIND
Ks. S.Ct. No. 12106
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas 67202
(316) 269-6481
David.Lind@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a copy of the foregoing was delivered to the appropriate parties, through the electronic filing procedures of the United States District Court, District of Kansas on this 24th day of January, 2013.

 s/David M. Lind
David M. Lind
Assistant U.S. Attorney