IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action |
| | ) | |
| v. | ) | No. 12-10208-02-MLB |
| | ) | |
| LISA DIANE BOYLEN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## MOTION FOR CONTINUANCE

Comes now the United States of America, by and through David M. Lind, Assistant United States Attorney, and respectfully move this Court for an order continuing the government's response date to the Motion to Disclose 404(b) Evidence and Memorandum, Motion for James Hearing and Memorandum and Motion to Exclude the Testimonial Statements of Co-Conspirators and Memorandum, filed by defendant on February 11, 2013. In support of said motion, the United States would show the following:

1.     The government's response date to this motions is on February 25, 2013.

2.     Assistant United States Attorney David M. Lind was preparing for the trial of *United States v. Caldee Jordan* which began on February 14, 2013 and concluded on February 15, 2013.

3.     Assistant United States Attorney David M. Lind will be out of the office the week of February 18th, 2013 through February 22nd, 2013 recovering from knee surgery.

4.      The government has not had, and will not have adequate time to prepare its response to the defendant's motions until at least February 27th, 2013.

WHEREFORE, the United States moves this Court for an order continuing the government's response date to the Motion to Disclose 404(b) Evidence and Memorandum, Motion for James Hearing and Memorandum and Motion to Exclude the Testimonial Statements of Co-Conspirators and Memorandum to February 27th, 2013.


Respectfully submitted,

BARRY R. GRISSOM
United States Attorney

s/David M. Lind
David M. Lind, #12106
Assistant U.S. Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
Telephone: (316) 269-6481
Fax: (316) 269-6484
E-mail: david.lind@usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of February, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the appropriate parties.

s/David M. Lind
David M. Lind
Assistant U.S. Attorney